UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL BUENO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>XAVIER BACERRA, Warden,<br><br>　　　　　Respondent. | Case No. 20-01261 BLF (PR)<br><br>**JUDGMENT** |

　　For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

　　**IT IS SO ORDERED.**

Dated: _**May 5, 2020**_____

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge